# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

Case No. ____________________

*(to be filled in by the Clerk's Office)*

Cheryl Smith pro-se

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☒ No

-v-

Horse Creek Academy et.al.,

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

RCVD - USDC COLA SC
AUG 21 '25 PM2:31

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Cheryl Smith
Address: 2129 Joyner Pond Rd
Aiken (City) SC (State) 29803 (Zip Code)
County: Aiken
Telephone Number: 803-293-5750
E-Mail Address: CherylSmith5122@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Ann Marie Taylor
Job or Title *(if known)*: Executive Director
Address: 1200 Toolebeck Rd.
Aiken (City) SC (State) 29803 (Zip Code)
County: Aiken
Telephone Number: 803-225-0160
E-Mail Address *(if known)*: Ø

☒ Individual capacity ☒ Official capacity

Defendant No. 2

Name: Marti Anderson
Job or Title *(if known)*: Human Rescurce
Address: 1200 Toolebeck Rd.
Aiken (City) SC (State) 29803 (Zip Code)
County: Aiken
Telephone Number: 614-316-8775
E-Mail Address *(if known)*: MartiAnderson@hcacs.net

☒ Individual capacity ☒ Official capacity

Defendant No. 3

Name ______

Job or Title *(if known)* ______

Address ______

______ City ______ State ______ Zip Code

County ______

Telephone Number ______

E-Mail Address *(if known)* ______

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name ______

Job or Title *(if known)* ______

Address ______

______ City ______ State ______ Zip Code

County ______

Telephone Number ______

E-Mail Address *(if known)* ______

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Title VII of the Civil Rights Act (42 USC § 2000e-3(a))
Whistleblower Act S.C. code § 8-27-10 & § 8-27-60

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Horse Creek Academy
1200 Toolebeck Rd, Aiken SC 29803

B. What date and approximate time did the events giving rise to your claim(s) occur?

October 6th, 2023, October 15th, 2023
October 16th, 17th, 19th, & 23rd 2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff was terminated for refusing to revise/alter the facts in which a non-verbal minor child with down syndrome Maddison Taylor was pushed to the floor by Tanya Tobias teachers aid at

- SEE ATTACH -

# III. Statement Of Claim

C. Horse Creek Academy. Plaintiff contends on (2) two different occasions Ann Marie Taylor requested plaintiff revise the incident involving Maddison Taylor plaintiff refused and out of retaliation was terminated. Plaintiff contends Marti Anderson assited Ann Marie Taylor in retalitory action which plaintiff was actually a Whistle Blower.

Plaintiff contends on October 6, 2023 approximately 9:00 am while in Ivey Savage class plaintiff witnessed Tanya Tobias deliberately push Maddison Taylor to the floor demanding that she Maddison pick-up a piece of paper after still refusing Tanya Tobias pushed Maddison Taylor for the second time but she still refused.

 SEE ATTACH

III. Statement Of Claim C.

to pick up the paper. Plaintiff exited the class room and saw Maria Taylor Maddison's Mother and told her what just happen.

October 15th a statement was submitted about the incident at that time Ann Marie Taylor wanted plaintiff to revise the statement but plaintiff declined to do so. Plaintiff contends another attempt by Ann Marie Taylor was presented to recant/revise statement but plaintiff declined October 16th, 2023. and October 17,th 2023.
Plaintiff contends October 19th, 2023 Ann Marie Taylor handed plaintiff a "Settlement Agreement And General Release" requesting plaintiff sign it plaintiff declined.

Plaintiff contends on October 23, 2023 a letter for "termination" was handed to plaintiff in retailation for speaking up about the October 6th incident.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff has not been able to afford medical treatment because of the depression which plaintiff deals with daily.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- Back Pay from the date of termination until the date of judgment or settlement in this fore going matter
- Front Pay from the date of termination until the date of judgment or settlement in this foregoing matter
- $100,000. for emotional distress
- $50,000.00 for punitive damages against Ann Marie Taylor
- $50,000.00 for punitive damages against Marti Anderson

5 OF 6 SEE ATTACH

V. Relief continues

- $50,000.00 for punitive damages against Horse Creek Academy
- Allow plaintiff to Amend this complaint
- Grant any other relief that this court may deem to be necessary

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/21/2026

Signature of Plaintiff: Cheryl P. Smith

Printed Name of Plaintiff: Cheryl P. Smith

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Address ______

______ City ______ State ______ Zip Code

Telephone Number ______

E-mail Address ______

Print | Save As... | Add Attachment | Reset